IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ ___ D.C.

05 JUN 16 PM 6: 39

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| PAT JOHNSON, ) | |
| Plaintiff, ) | |
| v. ) | No. 05-2069 Ml/V |
| RELIANCE STANDARD LIFE ) INSURANCE COMPANY, ) | |
| Defendant. ) | |

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT

Before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint, filed January 26, 2005. Plaintiff originally filed a Complaint in the Circuit Court of Shelby County, Tennessee, asserting claims under Tennessee law for bad faith breach of contract and for violation of the Tennessee Consumer Protection Act. On January 26, 2005, Defendant filed a notice of removal to this Court contemporaneously with a motion to dismiss, asserting that Plaintiff's claims were preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 et seq.[1] On May 10, 2005, Plaintiff filed an Amended Complaint asserting claims only under ERISA. Accordingly, Defendant's motion to dismiss is DENIED as moot.

---

[1] Defendant did not file an answer to Plaintiff's Complaint.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __6-17-05__

10

So ORDERED this 16th day of June, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02069 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

John M. Bailey
LAW OFFICES OF JOHN M. BAILEY
5978 Knight Arnold
Ste. 400
Memphis, TN 38115

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Leigh McDaniel Chiles
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT