IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 29 PM 3: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| PAT JOHNSON | ) | |
| | ) | Civil Action No.: 05-2069 ~~MA~~ *mL* |
| v. | ) | |
| | ) | |
| RELIANCE STANDARD | ) | |
| LIFE INSURANCE COMPANY | ) | |

### ORDER GRANTING DEFENDANT RELIANCE STANDARD LIFE INSURANCE COMPANY'S MOTION FOR MODIFICATION OF APRIL 21, 2005 SCHEDULING ORDER

It appearing to the Court that Defendant Reliance Standard Life Insurance Company and Plaintiff, Pat Johnson, are in agreement that the April 21, 2005 Scheduling Order should be modified as requested:

IT IS, THEREFORE, ORDERED that this Court's April 21, 2005 Scheduling Order shall be modified as follows:

    4. d. Reliance contends that this matter should be decided on Motions for Summary Judgment and proposes that all dispositive motions must be filed within two weeks of the entry of the Court's Order deciding Defendant's Motion to Dismiss Plaintiff's Amended Complaint.

Dated: July 29, 2005

By: _____
United States Magistrate Judge

M BCI 893871 v1
2790914-000002  07/27/05

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 7-29-05



CONSENTED TO AND APPROVED FOR ENTRY:

*[signature: Leigh Chiles w/ permission by /s/]*

S. Russell Headrick (5750)
Leigh M. Chiles
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Attorney for Reliance Standard
Life Insurance Company

M BC1 893871 v1
2790914-000002  07/27/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02069 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Leigh McDaniel Chiles
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John M. Bailey
LAW OFFICES OF JOHN M. BAILEY
5978 Knight Arnold
Ste. 400
Memphis, TN 38115

Honorable Jon McCalla
US DISTRICT COURT