IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 29 AM 8:20
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| PAT JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-2069 Ml/V |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

### ORDER TO SHOW CAUSE

Before the Court is the Motion to Dismiss by Defendant Reliance Standard Life Insurance Company, filed July 8, 2005. Under Local Rule 7.2(a)(2) and Fed. R. Civ. P. 6, a response to the motion was due on or before August 10, 2005. To date, Plaintiff has not filed a response. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this Order why Defendants' motion should not be granted.[1]

Failure to respond to this Order to Show Cause in a timely manner may result in a judgment in favor of Defendants on the motion.

---

[1] To comply with this Order, Plaintiff must file a written response to Defendants' motion.

-1-

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 8-29-05



So ORDERED this 26 day of August, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02069 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

John M. Bailey
LAW OFFICES OF JOHN M. BAILEY
5978 Knight Arnold
Ste. 400
Memphis, TN 38115

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Leigh McDaniel Chiles
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT