# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY ⟨⟩ D.C.

05 DEC 21 AM 9: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| PAT JOHNSON, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>Reliance )<br>~~RELIANT~~ STANDARD LIFE )<br>INSURANCE COMPANY )<br>)<br>Defendant. )<br>) | NO. 05-2069 M/ |

## ORDER OF VOLUNTARY NON-SUIT
## AS TO DEFENDANT, RELIANT STANDARD LIFE INSURANCE COMPANY

**THIS CAUSE** came on to be heard this date upon the agreement of all parties, statements of counsel and from the entire record in this cause, from all of which it appears to the Court that the Plaintiffs, PAT JOHNSON, announces a Voluntary Non-Suit as to the Defendant, RELIANT STANDARD LIFE INSURANCE COMPANY, without prejudice.

**IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED** that this cause be and the same is hereby dismissed, without prejudice, as to the Plaintiff's right to refile this action in a timely manner. The costs of this cause are to be paid by the Plaintiff, upon adjudication of this matter.

**SO ORDERED, ADJUDGED AND DECREED** on this the ⟨20⟩ day of ⟨Dec.⟩, 2005.

Judge: Jon P. McCalla

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-21-05

⟨22⟩

APPROVED:

_____
John Michael Bailey (# 6941)
Attorney for Plaintiffs
5978 Knight Arnold Road
Memphis, TN 38115
901-529-1010


_____
S. Russell Headrick
Attorney for Defendant
165 Madison Avenue
Suite 2000
Memphis, TN 38103
(901) 526-2000

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02069 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

John M. Bailey
LAW OFFICES OF JOHN M. BAILEY
5978 Knight Arnold
Ste. 400
Memphis, TN 38115

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Leigh McDaniel Chiles
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT