IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PAT JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-2069 Ml/V |
| | ) |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGEMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' notice of Voluntary Non-Suit,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Voluntary Non-Suit, entered December 20, 2005, this case is DISMISSED without prejudice.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Dec. 20 2005
Date

THOMAS M. GOULD
Clerk of Court


(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12/21/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CV-02069 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

John M. Bailey
LAW OFFICES OF JOHN M. BAILEY
5978 Knight Arnold
Ste. 400
Memphis, TN 38115

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Leigh McDaniel Chiles
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT